# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
Stephan Harris
Clerk of Court
2:29 pm, 8/27/19

| | |
|---|---|
| JOSHUA C. SIMMS, NATHAN HOLCOMB, and CHELSEA HOLCOMB,<br><br>Plaintiff<br><br>vs<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and THE KROGER CO.,<br><br>Defendant | Case Number: 17-CV-187-SWS |

## JUDGMENT IN A CIVIL ACTION

This action comes before the Court pursuant to 29 U.S.C. § 1132(a)(1)(B) of the Employment Retirement Income Security Act of 1974 (ERISA), whereby Plaintiffs challenge the denial of accidental death and dismemberment benefits.  Defendant The Kroger Co. was dismissed without prejudice (ECF No. 3).  Pursuant to the Order Upholding Defendant's Denial of Benefits entered August 27, 2019 (ECF No. 38) and incorporated by reference,

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered on behalf of Defendant Metropolitan Life Insurance Company, and the matter is dismissed.

Dated this 27th day of August, 2019.

Stephan Harris
Clerk of Court

By Crystal Toner
Deputy Clerk